**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF ALABAMA**

IN RE: LINDA D TURNER
21 STUART ST
MONTGOMERY, AL 36105

CASE NO: 13-32234-DHW

Soc. Sec. No. XXX-XX-9696
Debtor.

---

## INCOME WITHHOLDING ORDER

---

TO: BAPTIST HEALTH FINANCIAL MGT
ATTN PAYROLL
301 BROWN SPRINGS RD
MONTGOMERY, AL 36117

The debtor subjected all of his/her income, including future earnings and wages to the jurisdiction of this Court by filing a case under Chapter 13 of the United States Bankruptcy Code. It is hereby

ORDERED that BAPTIST HEALTH FINANCIAL MGT withhold from the wages, earnings, or other income of this debtor the sum of **$106.00** **BI-WEEKLY** and remit all such funds withheld to:

**CHAPTER 13 TRUSTEE**
**13-32234-DHW LINDA D TURNER**
**P O BOX 613108**
**MEMPHIS TN 38101-3108**

The wages, earnings or other income withheld in compliance with this Order should be remitted to the Trustee no less frequently than each month.

This Order continues in force and effect until further Order of this court.

Done Wednesday, November 16, 2016.

cc: Debtor
Debtor's Attorney

***/ s / Dwight H. Williams Jr.***
Dwight H. Williams Jr.
United States Bankruptcy Judge